IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BRENDA KINSEY** § | |
| *Plaintiff,* § | |
| § | **6:23-CV-00198-ADA-JCM** |
| *v.* § | |
| § | |
| **THE CITY OF BELLMEAD, et al.,** § | |
| *Defendant*. § | |
| § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffery C. Manske (ECF No. 61). The report "**RECOMMENDS** Defendants' Motion be **DENIED AS MOOT** and Plaintiff's request for leave to amend be **GRANTED**". The report and recommendation was filed on September 17, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 61) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 54) be **DENIED AS MOOT** and Plaintiff's request for leave to amend be **GRANTED.** Plaintiff is directed to file the amended complaint no later than November 1, 2024.

**SIGNED** this 7th day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE